In the Matter of HENRY A. WITTEKIND et al., Respondents, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

WILLIAM F. McDONALD et al., Interveners, Appellants.

Argued September 27, 1939; decided October 17, 1939.

*Albert de Roode* for motion.
*Gabriel Rubino* opposed.
Motion denied.